```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| GARY CHAMPION, | Civil Action No. 08-5099 (MLC) |
| Petitioner, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging the execution of his sentence.  Petitioner did not submit his filing fee of $5.00 or his application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

**IT IS THEREFORE** on this    12th    day of November, 2008, **ORDERED** that the Clerk shall serve a copy of the Petition and this Order by certified mail, return receipt requested, upon the United States Attorney for the District of New Jersey as a representative of the Respondent, at United States Attorney's Office, 970 Broad Street, Room 700, Newark, NJ 07102; and it is further

**ORDERED** that, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), see 28 U.S.C. § 2254 Rules 1(b), 4, this Court has screened the Petition for dismissal and determined that dismissal

without an answer and the record is not warranted; and it is further

**ORDERED** that, within 45 days of the date of the entry of this Order, Respondent shall electronically file an answer which responds to the allegations of the Petition, paragraph by paragraph; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, see 28 U.S.C. § 2243; and it is further

**ORDERED** that Respondent shall electronically file with the answer certified copies of the administrative record and all documents relating to Petitioner's claim; and it is further

**ORDERED** that, within 15 days of receipt of the answer, Petitioner shall file and serve a reply to the answer claim; and it is further

**ORDERED** that, within 30 days of the date of the entry of this Order, Petitioner shall submit either his filing fee of $5.00 or his application to proceed in this matter in forma pauperis; and it is further

**ORDERED** that, within seven days of Petitioner's release, be it on parole or otherwise, Respondents shall electronically file a written notice of the same with the Clerk; and it is finally

**ORDERED** that the Clerk shall serve a copy of this Order upon Petitioner, together with a blank application to proceed in forma pauperis.

                                                s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge