```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| GARY CHAMPION, | Civil Action No. 08-5099 (MLC) |
| Petitioner, | |
| v. | **ORDER & JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter coming before the Court by way of Petitioner's motion [docket entry no. 12] for leave to amend his petition [docket entry no. 1] as to the identity of Respondent; and Respondent's response [docket entry no. 13] stating no objection to Petitioner's motion for leave to amend, as well as Respondent's exhibit [docket entry no. 13-2] verifying to the Court that, upon recalculation of Petitioner's federal sentence by the Bureau of Prisons, Petitioner's claims have been rendered moot.

**IT IS THEREFORE** on this      17th      day of August, 2009,

**ORDERED** that the Clerk shall **REOPEN** this matter, to allow the Court to resolve Petitioner's motion; and it is further

**ORDERED** that Petitioner's motion (dkt. entry no. 12) is **DENIED AS MOOT**; and it is further

**ADJUDGED** that the petition is **DISMISSED AS MOOT**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and Judgment upon Petitioner by regular U.S. mail, and upon Respondent by means of electronic delivery; and it is further

**ORDERED** that the Clerk shall **CLOSE** this matter.

          s/ Mary L. Cooper          
**MARY L. COOPER**
United States District Judge